UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | **NOTICE OF CLAIM** |
| -vs- | 20-CV-01931 |
| $114,063.53 U.S. Currency | |

**P L E A S E   T A K E   N O T I C E,** that JOSEPH C. BELLA, III, on behalf of MEDCOR, hereby claims and demands from the UNITED STATES OF AMERICA, $114,063.53 U.S. Currency, seized on or about the 12th day of May, 2020, as referenced in the VERIFIED COMPLAINT FOR FORFEITURE dated December 31, 2020.

In support thereof claimant declares under penalty of perjury:

1. Claimant is the owner of the aforementioned currency.

2. This claim is not frivolous and Claimant is making a good faith claim to property seized and sought to be forfeited by the UNITED STATES OF AMERICA.

**W H E R E F O R E,** Claimant demands return of the subject currency in accordance with the laws of the State of New York and the United States of America along with such other or further relief as may be just and equitable under the law.

Dated: February 1, 2021  
        Buffalo, New York

I swear under penalty of perjury that the foregoing is true and correct.

/s/ Joseph C. Bella, III  
JOSEPH C. BELLA, III